# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00436-CR

**Adam McGuire, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-05-904028, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Adam McGuire pleaded guilty and judicially confessed to murder, a lesser included offense of the capital murder alleged in the indictment. *See* Tex. Penal Code Ann. § 19.02 (West 2003). The court adjudged him guilty and, after hearing evidence, sentenced him to forty-five years' imprisonment.

McGuire's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief, together with the supplemental letter brief submitted by counsel at the Court's request, meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974);

*Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). McGuire also filed a pro se brief.

We have reviewed the record, counsel's brief and supplemental brief, and the pro se brief. We find nothing in the record that might arguably support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).

The judgment of conviction is affirmed.[1]

_____

G. Alan Waldrop, Justice

Before Justices Puryear, Waldrop and Henson

Affirmed

Filed: August 6, 2007

Do Not Publish

---

[1] All pending motions are overruled.